UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                          15-cr-0410 (LAK)

STEPHEN ADAMS,

                      Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       On June 9, 2020, I denied defendant's motion for compassionate release. I now have before me his recently filed motion for reconsideration of that ruling.

       The principal fact that has changed since June is that defendant claims that he has contracted COVID-19. The facts remain, however, that he is in his early 30's and does not claim that he is suffering from any of the comorbidity conditions that might place him at special risk of an especially adverse outcome. While his concern is understandable, I am not persuaded that there are compelling and extraordinary reasons supporting his early release. Even if there were, the Section 3553 factors to which I referred in the June 9 decision would outweigh them.

       The motion (dkt 157) is denied.

       The Clerk shall mail a copy of this order to the defendant.

       SO ORDERED.

Dated:     December 29, 2020

                                                           _____
                                                                 Lewis A. Kaplan
                                                         United States District Judge